UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:05-CR-464-RLH-RJJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TERRY P. HART, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#18) on June 29, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee: Nevada State Bank
**Total Amount of Restitution Ordered:** $53,000.00

Dated this 17 day of October, 2016.

UNITED STATES DISTRICT JUDGE